UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 22, 2011

No. 10-1230

GAD DEMANDSTEIN,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                        Respondent
(Agency No. A071-875-923)

Present:  FUENTES, VANASKIE and NYGAARD, Circuit Judges


Motion by Respondent to Publish Opinion Dated 02/24/11.


                                        Respectfully,
                                        Clerk/tmk

_____ORDER_____

The foregoing motion is granted.



                        By the Court,


                        /s/  Julio M. Fuentes
                        Circuit Judge


Dated:   May 10, 2011
tmk/cc: Lauren Anselowitz, Esq.
        Robert Frank, Esq.
        John C. Cunningham, I, Esq.
        Don G. Scroggin, Esq.